# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-4771 PA (VBKx) | Date | September 18, 2014 |
|---|---|---|---|
| Title | Patricia M. King v. Novartis Pharmaceuticals Corp. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Julieta Lozano | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|

**Proceedings:**      IN CHAMBERS — COURT ORDER

On August 4, 2014, this Court issued an order requiring the parties to meet and confer and file a joint status report no later than August 18, 2014.

To date, the parties have failed to file their joint status report. Accordingly, the Court, on its own motion, orders the parties to show cause in writing on or before **September 25, 2014** why this action should not be dismissed for lack of prosecution or the defendant's Answer should not be stricken and its default entered. Failure to respond to this Order may result in the imposition of sanctions including, but not limited to, dismissal of the action or the entry of default.

IT IS SO ORDERED.