JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| PATRICIA M. KING, | **Case. No.: 2:14-CV-04771-PA-VBK** |
|---|---|
| Plaintiff, | **ORDER DISMISSING CASE WITHOUT PREJUDICE AS TO ALL CLAIMS** |
| v. | |
| NOVARTIS PHARMACEUTICALS CORPORATION, | Complaint Filed: January 4, 2007 |
| Defendant. | |

For good cause shown by the parties' Stipulation of Voluntary Dismissal Without Prejudice as to All Claims, this case is hereby dismissed without prejudice as to all claims, with each party to bear its own costs.

IT IS FURTHER ORDERED that this case is dismissed.

DATED: September 25, 2014

_____
HON. PERCY ANDERSON
UNITED STATES DISTRICT COURT

PARKER MILLIKEN
CLARK O'HARA &
SAMUELIAN, A
PROFESSIONAL
CORPORATION